Attorneys for Plaintiff, Emily Guidotti

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific Number<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| This document relates to: | |
| Emily Guidotti<br>                         Plaintiff<br><br>vs.<br><br>Pfizer, Inc., et al<br><br>                         Defendants | **STIPULATION AND ORDER DISMISSAL WITH PREJUDICE** |

Case No. 07-1516 CRB

Come now the Plaintiff, EMILY GUIDOTTI, and Defendants, by and through the

undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys'

fees and costs.

DATED: ___9/30___, 2009

By: _____
JAY L. EDELSTEIN, ESQUIRE
EDELSTEIN LAW, LLP
230 S. Broad Street, Suite 900
Philadelphia, PA 19102
Telephone: (215)893-9311
Facsimile: (215)89309310
Attorneys for Plaintiff, Emily Guidotti

DATED: March 11, 2010

By: _____
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212)335-4500
Facsimile: (212)335-4501
Defendants' Liaison Counsel

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: _April 5, 2010_

_____
Hon. Charles R. Breyer
United States District Court